[No. 32795-0-I.   Division One.   November 14, 1994.]

FERNANDO PARRA, *Appellant*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for What-
com County, No. 91-7-00028-4, Steven J. Mura, J., entered
May 5, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 34677-6-I.   Division One.   November 14, 1994.]

WILLIAM A. ALLEN, *Appellant*, v. GEORGE MARCOE,
*Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 93-4-01141-1, Paul D. Hansen, J., en-
tered May 9, 1994. *Affirmed* by unpublished per curiam
opinion.

[No. 34302-5-I.   Division One.   November 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
CHRISTIAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 93-1-07053-1, Ann Schindler, J., entered March
14, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 34986-4-I.   Division One.   November 14, 1994.]

HEALTH CARE FOR THE HOMELESS OF SEATTLE-KING
COUNTY, INC., *Petitioner*, v. CENTRAL SEATTLE
COMMUNITY HEALTH CENTERS, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 94-2-07508-0, Nancy A. Holman, J., entered
June 16, 1994. *Reversed* by unpublished per curiam opinion.